July 18 2013



# JUDGMENT

# The Fourteenth Court of Appeals

### EX PARTE RICHARD DEWAYNE JONES

NO. 14-12-00877-CR

_____

This court today heard a motion for rehearing filed by APPELLANT. We order that the motion be overruled, this court's former judgment of June 11, 2013, be vacated, set aside, and annulled, and this court's opinion of June 11, 2013 withdrawn.

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in judgment. The Court orders the judgment **AFFIRMED**, and that this decision be certified below for observance.